1  ANDREW T. KOENIG, State Bar No. 158431
2  Attorney at Law
3  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
4  Telephone: (805) 653-7937
5  Facsimile: (805) 653-7225
   E-Mail: andrewtkoenig@hotmail.com
6
7  Attorney for Plaintiff Marta Solorzano Osegueda

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
                           WESTERN DIVISION
10

11 | MARTA SOLORZANO OSEGUEDA, ) | CASE NO. CV-22-08459-BFM |
12 |                           ) |                          |
   | Plaintiff,                ) | ORDER                    |
13 |                           ) | AWARDING ATTORNEY'S      |
14 | v.                        ) | FEES AND COSTS PURSUANT  |
   |                           ) | TO THE EQUAL ACCESS TO   |
15 |                           ) | JUSTICE ACT, 28 U.S.C.   |
16 | KILOLO KIJAKAZI, ACTING   ) | § 2412(d)                |
17 | COMMISSIONER OF SOCIAL    ) |                          |
   | SECURITY,                 ) |                          |
18 |                           ) |                          |
19 | Defendant.                ) |                          |

20     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
21 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to
22
23 Justice Act in the amount of FIVE-THOUSAND DOLLARS and ZERO CENTS
24 ($5,000.00), and ZERO DOLLARS ($0) in court costs, subject to the terms of the
25 Stipulation.
26
27 Dated: 10/6/2023            _____
28                             Hon. Brianna Fuller Mircheff
                               UNITED STATES MAGISTRATE JUDGE

-1-